


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| BARBARA REYNARD, Executrix of the Estate of RAY FELLOWS, Deceased, and BARBARA REYNARD, in her own right | : : : : : | EDPA Civil Action No. 09-cv-91427 |
| v. | : : | |
| ALLIED GLOVE CORPORATION, et al | : | |

**ORDER**

AND NOW, this 4th day of June, 2010, upon consideration of plaintiffs' Motion to Quash Subpoena, the response, reply, oral arguments, and for the reasons stated in the accompanying memorandum, IT IS HEREBY ORDERED that the plaintiffs' Motion to Quash is DENIED.

BY THE COURT:

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE